AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHARLES DOUGLAS WUNDERLICH | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 2016 - February 2017___ in the county of _____ in the

_____ District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) and (b)(1) | Conspiracy to Distribute Child Pornography |

This criminal complaint is based on these facts:

Attached Affidavit

☑ Continued on the attached sheet.

signed telephonically
_____
*Complainant's signature*

Darrell Franklin, Special Agent, ICE
_____
*Printed name and title*

Sworn to before me and signed telephonically.

Date:   ___09/23/2019___

_____
*Judge's signature*

City and state:   ___Washington, D.C.___    G. Michael Harvey, U.S. Magistrate Judge
_____
*Printed name and title*