UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | |
| **CHARLES WUNDERLICH,** | : | **VIOLATION:** |
| Defendant. | : | **18 U.S.C. §§ 2252(a)(2) and (b)(1)** |
| | : | **(Conspiracy to Distribute Child Pornography)** |

## INFORMATION

The United States Attorney charges that:

Between on or about July 24, 2016 and on or about October 5, 2016, in the District of Columbia, the defendant, **CHARLES WUNDERLICH,** did knowingly conspire with Jong Woo Son to knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, including by computer, where the visual depiction involved the use of a minor engaging in sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A), and such visual depiction is of such conduct.

(**Conspiracy to Distribute Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1))

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:     __/s/_____
Lindsay Suttenberg
Assistant United States Attorney
D.C. Bar No. 978513
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-7017
Lindsay.Suttenberg@usdoj.gov