UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** 22-CR-9 |
| | : | |
| v. | : | |
| | : | |
| **CHARLES WUNDERLICH** | : | |
| **Defendant.** | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Charles Wunderlich, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Conspiracy to Distribute Child Pornography, in violation of 18 U.S.C. Sections 2252(a)(2) and (b)(1).

## STATEMENT OF FACTS

The Tor Network

Tor is a computer network which anonymizes Internet activity by routing a user's communications through a global network of relay computers (or proxies), thus effectively masking the internet-protocol ("IP") address of the user. An "IP address" is a unique numeric address (used by computers on the internet) that is assigned to properly direct internet traffic. A publically visible IP address can allow for the identification of the user and his/her location.

To access the Tor network, a user has to install freely available Tor software, which relays only the IP address of the last relay computer (the "exit node"), as opposed to the user's actual IP address. There is no practical method to trace a user's actual IP address back through those Tor relay computers.

1

The Tor network makes it possible for a user to operate a special type of website, called "hidden services," which uses a web address that is comprised of a series of 16 algorithm-generated characters (such as "asdlk8fs9dflku7f") followed by the suffix ".onion." Websites, including hidden services, have system administrator(s) (also called the "admin(s)") who are responsible for overseeing and operating these websites.

Bitcoin

Bitcoin ("BTC") is one type of virtual currency that is circulated over the Internet. BTC is not issued by any government, bank, or company but rather is controlled through computer software. Generally, BTC is sent and received using a BTC "address," which is like a bank account number and is represented by a case-sensitive string of numbers and letters. Each BTC address is controlled through the use of a unique private key, a cryptographic equivalent of a password. Users can operate multiple BTC addresses at any given time, with the possibility of using a unique BTC address for every transaction.

BTC fluctuates in value. Around March 5, 2018, one BTC was worth approximately $11,573.00. A typical user purchases BTC from a BTC virtual-currency exchange, which is a business that allows customers to trade virtual currencies for conventional money (*e.g.*, U.S. dollars, euros, etc.). Little to no personally identifiable information about the sender or recipient is transmitted in a BTC transaction itself. However, virtual currency exchanges are required by U.S. law to collect identifying information of their customers and verify their clients' identities.

To send BTC to another address, the sender transmits a transaction announcement, cryptographically signed with the sender's private key, across the BTC network. Once the sender's transaction announcement is verified, the transaction is added to the blockchain. The blockchain is a decentralized, public ledger that logs every BTC transaction. In some instances, blockchain

analysis can reveal whether multiple BTC addresses are controlled by the same individual or entity. For example, analyzing the data underlying BTC transactions allowed for the creation of large databases that grouped BTC transactions into "clusters." This analysis allowed for the identification of BTC addresses that were involved in transacting with the same addresses.

## **THE WEBSITE**

Welcome To Video ("The Website") was a website dedicated to the advertisement and distribution of child pornography that operated as a hidden service on the Tor network until March of 2018 when it was seized by law enforcement. The Website was used to host and distribute video files depicting child pornography that could be downloaded by site users. The Website was not intended to be used to upload pornography of adults, as evidenced on the upload page on The Website which clearly stated: "Do not upload adult porn." The Website server had over 250,000 unique video files, which totaled approximately eight terabytes of data.

Any user could create a free account on The Website by creating a username and password. Only after the user registered an account could the user browse previews of videos available for download and post text to The Website. To download videos from the site, users used "points," which were allocated to users by The Website. A registered user could earn points from The Website in several ways: (1) uploading videos depicting child pornography; (2) referring new users to The Website; (3) paying for a "VIP" account, which lasted for six months, entitled a user to unlimited downloads, and was priced at 0.03 BTC (approximately $327.60 as of March 1, 2018); or (4) paying for points incrementally (*i.e.*, .02 BTC for 230 points). Points were not transferable to any other website or application. Once a customer sent BTC to The Website, the BTC could not be refunded or redirected. The points obtained by the payment of BTC could only be used for downloading videos.

Certain persons joined the conspiracy to distribute child pornography by uploading videos to The Website. Those co-conspirators who uploaded videos of child pornography to The Website for "points" also earned additional "points" each time a customer of the site downloaded that particular video from The Website. Thus, the co-conspirators had a shared goal as part of the conspiracy – increasing the number of unique videos on The Website to drive additional traffic to it, which in turn led to greater downloads and more points for the co-conspirators. When uploading videos, the co-conspirators would use explicit file names highlighting the content as showing the sexual exploitation of minors and would add tags that customers could search for, such as PTHC, 2yo, etc. In order to prevent duplicate videos from being uploaded, The Website operated a digital hash-value check of videos the co-conspirators uploaded in order to compare the video to other videos previously uploaded to the site. The Website did not allow a co-conspirator to upload a video whose hash value matched something previously uploaded to the site.

During the course of the investigation, law enforcement agents in Washington, D.C. accessed The Website on multiple occasions, including on or about September 28, 2017, February 8, 2018, and February 22, 2018, observed its functionality by browsing the listings on The Website, and conducted undercover purchases by downloading child pornography video files from The Website. These downloaded child pornography video files included pre-pubescent children, infants, and toddlers engaged in sexually explicit conduct. Each video available for download from The Website had a title, a description (if added by the co-conspirator), "tags" with further descriptions of the video enabling a user to more easily locate a particular category of video using The Website's search function, and a preview thumbnail image that contained approximately sixteen unique still images from the video.

On or about March 5, 2018, South Korean law enforcement executed a search warrant at the residence of the administrator of The Website in South Korea. Pursuant to the search, South Korean law enforcement seized The Website's server and associated electronic storage media. South Korean law enforcement then provided to U.S. law enforcement a forensic image of the server. U.S. law enforcement subsequently obtained a federal search warrant to review this forensic image.

### IDENTIFICATION OF CO-CONSPIRATOR WUNDERLICH (A/K/A THUERINGER92262)

As part of the investigation, law enforcement reviewed the forensic image of The Website server to obtain leads on the co-conspirators participating in the scheme involving The Website. After law enforcement identified a unique BTC address that sent BTC to the site, law enforcement would obtain records from the virtual-currency exchanges that transacted with those addresses to identify who the person was behind the transaction. Law enforcement has arrested many of the subsequently identified co-conspirators.

A review of the forensic image of The Website server revealed that the defendant made four transfers of BTC, totaling approximately 0.0948203 BTC (worth about $72.22 at the time of transaction) from a virtual-currency exchange in the United States ("BTC Exchange 1") to The Website's BTC address starting in 1Lha on the following dates:

- February 4, 2017 – 0.0408 BTC ($40.49)
- October 9, 2016 – 0.0138 BTC ($7.99)
- October 9, 2016 – 0.03430814 BTC ($20.62)
- October 3, 2016 – 0.00591216 BTC ($3.12)

Records from the BTC Exchange 1 revealed that the source of these BTC transfers were from the defendant's account with the username "chuck2565666" ("Subject BTC Account 1").

5

A review of the defendant's activities on The Website under the username "thueringer92262" revealed that between approximately August 16, 2017 and November 9, 2017, the defendant downloaded approximately four videos from The Website with video file names and descriptions indicative of child pornography. Additionally, from approximately July 24, 2016 to October 5, 2016, the defendant uploaded approximately 13 videos to The Website with video file names and descriptions indicative of child pornography.

Law enforcement viewed the videos that the defendant uploaded to The Website. One of the videos uploaded by co-conspirator thueringer92262 was entitled "(Pthc Kidcam Lolifuck) 11Yo Girl Moaning Having Orgasm.avi." The video had a description tag entitled "dammiytboys and girls." The video, which is approximately 2 minutes and 18 seconds long, depicts a nude prepubescent female child, approximately 10-11 years old, sitting on a chair facing the camera with her legs apart. During the video, the child uses her right hand to masturbate her genitalia while looking at the camera. After one minute into the video, the child moves toward the camera and appears to be using a keyboard, indicating she is using a computer. The child repositions the angle of the camera downward to focus on her genitalia as she continues to masturbate her genitalia using her fingers. At the end of the video, the child stands up, turns around with her buttocks exposed to the camera, and uses her hands to spread her buttocks to expose her genitalia. This video was downloaded approximately 18 times by other users of The Website.

Another video that the defendant uploaded to The Website was entitled "Pthc - 9Yo Linda Takes Dad Up Ass And Sucks His Cum And Swallows.mpg." The video had a description tag entitled "boys and gorls." The video, which is approximately 33 minutes and 52 seconds long, depicts a nude prepubescent child, approximately 10-12 years old, performing fellatio on

the penis of a nude adult male. Approximately seven minutes into the video, the scene changes to depict the child laying on her back with the focus of the camera on her genitalia while the child masturbates her genitalia with her fingers and a white vibrator. The child also inserts her fingers and the vibrator into her vagina and anus. Approximately twenty minutes into the video, the adult male inserts his penis into her anus while the child continues to masturbate her genitalia with her fingers. The adult male continues to engage in anal sex with the child until the end of the video. This video was downloaded approximately 10 times by other users of The Website.

Law enforcement also reviewed the defendant's downloads from The Website and confirmed that the videos depicted child pornography. For example, a video with hash tag "55fbc366e0beb63e08ffc35e56e44242" and entitled "Zz99 - ((((Boylove)))) Datrufeelin 5Yo Thai Boy Gets Fucked In The Ass And Then Fucked Again Super Doggy Style By Man.avi, which is approximately 23 minutes and 52 seconds long, depicts a nude prepubescent boy and a nude adult on a brown and tan colored couch. When the video opens, the boy is seen masturbating the male's erect penis. During the video, the adult male spreads the boy's legs apart, repeatedly inserts his finger into the boy's anus, and penetrates the boy's anus with his erect penis. In the video, the adult male handcuffs the boy's arms and ankles, turns him on his stomach, and inserts a plug into the boy's anus. Thereafter, the adult male penetrates the boy's anus again with his penis while the boy remains handcuffed on his wrists and ankles.

Records from the BTC Exchange 1 revealed that the Subject BTC Account 1 (which sent BTC to The Website) was created on or about October 3, 2016 with the following know-your-customer data:

- a phone number of 951-472-XXXX; and
- an email address of jackmioff692565@gmail.com

As part of the BTC Exchange 1's legally required customer due diligence rules, BTC Exchange 1 confirmed this email address and phone number by sending messages to which the user had to reply. The defendant had funded Subject BTC Account 1 by using prepaid credit cards, which typically do not require a proof of identification to purchase and can be funded by cash in over the counter transactions. Notably, sophisticated users who are seeking to conceal their activities and identity use prepaid cards, which are more difficult, if not impossible, to trace.

Subpoena returns from Google for jackmioff692565@gmail.com provided the name "Jon D" with a recovery email address of wunderlichcharles@yahoo.com (i.e., Charles Wunderlich). Subpoena returns from Yahoo for wunderlichcharles@yahoo.com lists Charles Wunderlich ("defendant") as the user and the recovery email address as jackmioff692565@gmail.com. The Yahoo account also listed a phone number of 760-XXX-5874.

Besides the four transfers to The Website, the only other transaction by Subject BTC Account 1 was a transfer on or about December 30, 2017 for approximately 0.00522238 BTC ($55.77) to BTC address 1H8Y, which was located at a separate United States virtual-currency exchange ("BTC Exchange 2"). Subpoena returns from BTC Exchange 2 revealed the owner of BTC address 1H8Y was "Charles Douglas Wunderlich" ("Subject BTC Account 2"). Additionally, BTC Exchange 2 revealed that Subject BTC Account 2 was created on or about November 30, 2017 with the following know-your-customer data:

- an email address of jackmioff692565@gmail.com, which is the same email address associated with Subject BTC Account 1;
- user name of "jack mioff;"
- a photograph of a California driver's license numbered D6514780 in the name of Charles Douglas Wunderlich;
- a selfie-styled photograph of an individual resembling the photograph identified on Wunderlich's driver's license;
- a date of birth of January X, 1985, which is the same date of birth identified on the driver's license for Wunderlich[1];

---

[1] Records from BTC Exchange 2 had a second separate date of birth field in its records, which listed the date as

- an address of XXXXX Tamar Drive, Desert Hot Springs, California, which is the same address identified on the driver's license for Wunderlich; and
- a phone number ending in 5874, which is the same phone number associated with Wunderlich's Yahoo account.

## **POST-ARREST INVESTIGATION**

The defendant was incarcerated in California since November 2018 on an unrelated offense. On October 16, 2019, he was released into the custody of Homeland Security Investigations agents on the government's criminal complaint and arrest warrant in this case. At that time, the defendant acknowledged that he had used an "app" called "Mega," which is a file-sharing application, where the defendant admitted to receiving depictions of child pornography from other file-sharing users. Law enforcement also executed a search warrant on the defendant's email address, jackmioff692565@gmail.com, which was the email address used to open both Subject BTC Account 1 (which paid into The Website) and Subject BTC Account 2 (which was opened with the defendant's personal identifying information). Pertinent evidence from the search warrant returns include the following:

- There are many selfie-styled photographs and other user attribution evidence that identifies the defendant as the account holder.

- Contained within the email returns is at least one video depicting child pornography located in his Google drive folder "2016-09-07." This video depicted pre-pubescent children performing various sexual acts on adult males and themselves.

- Contained within the email returns includes several photographs of drugs and related drug paraphernalia. The defendant also attempted to purchase red phosphorus, which is a known meth precursor.

- The defendant received an email from "MegaUpload" about his account containing "…sexual conduct with or by children…" Note that during his interview with law enforcement, the defendant admitted to receiving child pornography from the "mega" file-sharing application.

---

"12/X/1985." This appears to be a typographical error, as the correct date is "1/X/1985."

9

- On December 22, 2017, the defendant sent an email to an unknown individual asking, "Have you hot any boys vides good one like not the same old shit."

- The defendant's Google account returns also identified searches for The Website.

## **CONCLUSION**

Numerous co-conspirators, to include the defendant, conspired with the administrator of The Website, co-conspirator Jong Woo Son, to upload child pornography videos files to The Website for dissemination to The Website's vast customers. The co-conspirators entered into this agreement to benefit:

a.  co-conspirator Jong Woo Son, who obtained illicit income as co-conspirators uploaded more video files to The Website, which other customers then paid to access; and

b.  the defendant, who derived points from uploading videos and further points from the uploads when users of The Website downloaded his videos, and these points could then be redeemed to download new video files from The Website.

Here, the defendant knowingly distributed 13 videos of child pornography. These visual depictions of child pornography were shipped and transported in interstate and foreign commerce and using a means and facility of interstate and foreign commerce, including by computer, and/or were produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, including by computer. The production of these visual depictions involved the use of one or more minors engaging in sexually explicit conduct. The visual depictions of child pornography were of one or more children under the age of eighteen (18) years engaging in such sexually explicit conduct. Specifically:

- One or more images and videos of child pornography possessed by the defendant involved a "prepubescent minor…who had not attained 12 years of age." See U.S.S.G. 2G2.2(b)(2).

- The videos the defendant uploaded to The Website were distributed for the "receipt of a thing of value, but not for pecuniary gain," see U.S.S.G. 2G2.2(b)(3)(B), to wit: the defendant received points that he could only redeem on The Website for downloading additional videos depicting child pornography;

- At least one of the videos contained depictions of sadistic or masochistic conduct, to wit: a prepubescent child penetrated by an adult penis, see U.S.S.G. 2G2.2(b)(4);

- In total, the defendant distributed 13 videos that depicted child pornography and downloaded four videos that depicted child pornography. Accordingly, the offense involved "600 or more images." See U.S.S.G. 2G2.2(b)(7)(D); see also Application Note 4(B)(ii) ("each video…shall be considered to have 75 images.")

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY


___/s/ *Lindsay Suttenberg*_____
Lindsay Suttenberg
Assistant United States Attorneys

## DEFENDANT'S ACKNOWLEDGMENT

I have read every page of this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: Feb. 6, 2022

Charles Wunderlich
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read every page of this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 2/15/22

Matthew Peed
Defense Counsel