UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 22-CR-0009** |
| | : | |
| v. | : | **SENTENCING: 06/28/2022** |
| | : | |
| **CHARLES WUNDERLICH,** | : | |
| Defendant. | : | **UNDER SEAL** |

## NOTICE OF FILING PURSUANT TO TITLE 18 U.S.C. SECTION 3509

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, files the attached documents under seal pursuant to 18 U.S.C. § 3509(d)(2). The government respectfully notes the following with respect to this filing:

1. Title 18, Section 3509(d)(2) provides that all papers that disclose the name of a child or other information concerning a child shall be filed under seal without the necessity of obtaining a court order to seal.

2. Attached as exhibits are the following: Exhibit 1- victim impact statement prepared by a victim in the child pornography possessed by the defendant, and Exhibit 2- victim impact statements prepared by that victim's parents.

3. In accordance with the provisions of the statute, the Government is filing the victim impact statements regarding a child victim under seal.

4. We respectfully request that this notice and the victim impact statements attached hereto remain under seal and not be made part of the public record in this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

\_\_\_\_/s/_____
Lindsay Suttenberg

Assistant United States Attorney
D.C. Bar 978513
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7017
Lindsay.Suttenberg@usdoj.gov

## Certificate of Service

I hereby certify that I have caused a copy of the foregoing notice and attachments to be forwarded to counsel for the defendant, Matthew Peed, this 27th day of May, 2022.

\_\_\_\_\_/s/_____
Lindsay Suttenberg
Assistant United States Attorney

2