**EXHIBIT 1**

Victim Impact Statement for Lily 8-20-19

I live everyday with the horrible knowledge that many people somewhere are watching the most terrifying moments of my life, and taking grotesque pleasure in them. I am a victim of the worst kind of exploitation: child pornography.

Unlike other forms of exploitation, this one is never-ending. Everyday people are trading and sharing videos of me as a little girl being raped in the most sadistic ways. They don't know me, but they have seen every part of me. They are being entertained by my shame and pain.

The world came crashing down the day that I learned pictures of me being sexually abused had been circulated on the Internet. Since then, little has changed except my understanding that the distribution of these pictures grows bigger and bigger by the day. I have always been told that there is nothing I can do about it.

The enormity of this has added to my grief and pain, and given me paranoia. I wonder if the people I know have seen these images. I wonder if men I pass in the grocery store have seen them. I feel totally out of control. They are trading around my trauma like treats at a party, and it feels like I'm being raped all over again by every one of them.

It sickens me to the core and terrifies me. So many nights I have cried myself to sleep thinking of a stranger somewhere staring at their computer with images of a naked me on the screen. I have nightmares about it often. I can never feel safe as long as my images are out there. Every time they're downloaded I am exploited again, my privacy is breached and I feel in danger again. I fear that any of them may try to find me and do something to me.

I'm justified in my paranoia. Some of these perverts have contacted me. I have received emails suggesting making porn with these strangers. One has stalked me and others have created slideshows and videos of me on YouTube referencing my life as an adult, as recently as last year.

Every time I sit down to write about these experiences, I just stare at the screen and start to cry or feel my body become very distant from me, like an out of body experience. It is so hard to put words to unspeakable experiences and pain. I want to have a normal life and put this all behind me, but it just does not end. I have been so careful about my online presence. I feel that I have to be careful interacting with strangers and letting new people get to know me, as I am ever vigilant about this threat to my safety and privacy. As a divorced single mom, I have many fears about dating again and will always be questioning people's motivations for wanting to get close to me.

I also have a constant fear for my children's safety as pedophiles have continued to stalk me over social media and have hacked into my Facebook and Instagram to steal pictures of what I look like now to post on their own anonymous forums. They successfully discovered and posted on one of those forums a former address of ours, so we moved and I shut down my social media accounts. I fear what would happen if they did find out where we live or got a hold of pictures or

information about my children considering the efforts that some have gone to as they have continued to stalk me online.

While the abuse from my original abuser was awful, as time goes on, that is farther and farther away from me. He is in jail and can never hurt me, and that is over. The men that download my pictures are all around me for all I know, and this part of my abuse could keep going on forever. I have no control over it at all. This is frightening beyond belief. It impairs my ability to function socially, to have romantic relationships, to participate in social media, and it affects my daily functioning.

The paranoia of knowing that people are viewing these videos of me adds a type of backburner stress to my life that is constantly brought to the front of my mind again and again by unexpected situations, and it still throws me for a loop.

I still have nightmares that come from knowing that pictures of me are spread around on the Internet by people with perverted interests in my pain. Some nights I just can't sleep, no matter how early I go to bed, how early I wake up in the morning. Even if I have barely slept in days and I am exhausted, sleep doesn't come easy for me.

Most days I can put away the thoughts of the previous night and function okay, but some days I get stuck and zone out. When this happens, I can sit in the same spot motionless for a long time. My mind will come back, maybe 30 minutes later. This happens probably a few days out of the month and more frequently when I'm under a lot of stress.

I've struggled on and off with this, which I now know is called "Disassociating." A few years ago, I felt I was under such stress that I started zoning out or disassociating a few times a week and having personality issues so bad that my friends were really concerned about me. They kept telling me that I wasn't acting normal, especially at night. It seems crazy, but it took me a long time to recognize what was going on and get myself to start working on my coping skills again. Getting through college while working on my undergraduate degree was a struggle because of my PTSD, and I had to quit and take a break on two different occasions due to my paranoia and anxiety. I was worried that my fellow students may have seen the videos and because the dissociating made it difficult to attend class regularly.

When I decided to pursue my Master's degree, I wanted to do it online because it felt safer. I am currently doing the same while working on my Ph.D. Due to how the stress of this situation affects me, both my health and my ability to function, can be unpredictable, therefore, continuing my education in a way that is flexible and allows me to be in me safe space has been really important for me.

My health has suffered in all sorts of ways because of the stress and the lack of sleep. I have struggled with many different stress-related disorders over the years affecting various organs. Some of these have developed into chronic conditions that I have to stay on top of so that they do

not flare up frequently. I have also had many acute stress related health issues that have caused me to be hospitalized or treated in emergency departments. I get sick very easily and understand that my immune system has likely been compromised by the chronic stress related to the way these images affect my life. Furthermore, the frequent sleep deprivation is dangerous for me because I have seizure disorder, and the lack of sleep makes me more vulnerable to having seizures.

It's overwhelming all of these pieces that need healing and it's sure to be an ongoing process. Trying to overcome this has already caused me to seek out multiple counsellors who use various techniques as well as countless hours of my own research into whatever might help me. This kind of ongoing trauma is not an issue that most counsellors have been trained to take on.

I want you to know that dealing with the effects of the stress of random men looking at pictures of my sex abuse as a child is like a fulltime job, and it wears me down and colors every aspect of my life. We hear more and more now about child exploitation and child pornography. But when you hear about it, please try to remember that we are not talking about an object or an image; we are talking about little children, like I was, being abused. It's real and it becomes a life-long battle. While I have hope that things will get better and good people will continue to fight this issue and make positive changes, I know this is a struggle I will be fighting in different ways for likely the rest of my life.

_____   Date: 8-27-19
"Lily"

STATE OF   Washington   :
                        : ss:
COUNTY OF   King        :

I certify that I know or have satisfactory evidence that "Lily", the Vicky series victim signed this instrument, on oath, and acknowledged it as her free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated this 27 day of August, 2019.

_____
Type/printed name: CAROL Hepburn
Notary Public in and for the State of Washington
My commission expires: 11/6/21
Residing at: Seattle

[Notary seal: CAROL L HEPBURN, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 11-06-21]

## ATTESTATION

I have represented this person as her attorney for over 10 years. I know that she is the identified victim of the Vicky series of child pornography images and videos. I know that she has composed and signed this statement and offers it to the court as evidence of the effect upon her of violations of the laws against possession, distribution, and trafficking of child sex abuse images and videos.

Dated this 27 day of August, 2019.

_____
Carol L. Hepburn, WSBA No. 8732

STATE OF __Washington__  :
                          : ss:
COUNTY OF ____King____    :

I certify that I know or have satisfactory evidence that Carol L. Hepburn signed this instrument, on oath, and acknowledged it as her free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated this 27th day of August, 2019.

_____
Michelle D Sparks
Type/printed name: Michelle D. Sparks
Notary Public in and for the State of Washington
My commission expires: 5/16/23
Residing at: Shoreline, WA