Hon. Dabney L. Friedrich
US District Court for the District of Columbia

Dear Judge Friedrich,

My name is Matt Keelen, I live in Florida with my wife and two children. I have been married for 21 years and currently have one daughter attending college and one in high school. I have owned and operated my own business for the last twenty-five years.

I am writing on behalf of my friend Charles Wunderlich. He and I got to know each other last year when he and my brother were together in DC Jail. They became friends and were helping each other become better men through reading the bible, learning a new language and just keeping each other sane while incarcerated during the teeth of the COVID pandemic. As you know conditions in the jail were miserable and I thank God that my brother had Charles as a friend to help him through those hellish months of being stuck in their cell for 23 hours a day.

Charles and I struck up a friendship through my brother and stayed friends after he was moved to Pennsylvania. Charles has been working hard to become a better man. He has inspired me through his actions to be better myself. He knows he did wrong and now wants to get out of prison and start a new life for himself. A life where he can continue his career, and keep practicing his faith. He hopes to still be able to help those around him as he has learned the value of friendship. He is committed to making and maintaining friendships that make you a better person, not unhealthy relationships that bring you down.

I hope that Charles can come work in my office when he gets out as an office manger. I am looking forward to having him interact with our Spanish speaking clients. Charles has been helping Spanish speaking inmates the whole time he has been in jail with learning English and responding to requests in English. It is this type of kindness that will make him a valuable addition to my team. He is also skilled on all Microsoft systems which will be a tremendous help.

Charles is a good man. He has been dealt some bad cards and made mistakes. The true measure of a man is one that can understand he has made mistakes and can correct his ways to make himself a productive member of society. Please show him mercy and let him get on with his life and become a productive member of society.